McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962
(973) 565-2033
(973) 425-0161
Attorneys for Plaintiff
American National Life Insurance Company of New York

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN NATIONAL LIFE INSURANCE COMPANY OF NEW YORK,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DANIELLE VAN HOUTEN-CHANA and the ESTATE OF HENRY C. VAN HOUTEN,<br><br>　　　　　　Defendants. | Civil Action No.: 7:22-cv-10390-PMH-PED |

### CIVIL ACTION – ORDER TO DEPOSIT SUM OF MONEY WITH THE COURT

　　　　The above-entitled cause having come before the Court upon the application filed by McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for plaintiff, American National Life Insurance Company of New York ("ANLICONY"), to deposit a sum of money with the Court pursuant to Rule 67 of the Federal Rules of Civil Procedure and Local Civil Rule 67.1 and upon notice to counsel for Danielle Van Houten-Chana and counsel for the Estate of Henry C. Van Houten, and the Court having considered the application;

　　　　**NOW THEREFORE**, it is on this   21   day of         April         , 2023,

**ORDERED** that ANLICONY's application to deposit a sum of money with the Court is hereby granted; and it is further

**ORDERED** that the death benefits payable and in dispute as a consequence of the death of Henry C. VanHouten, deceased under the annuity policy no. 000318858, in the approximate amount of $11,857.27 and annuity policy number 000318795, in the approximate amount of $180,430.07 (collectively, the "Annuities"), less $4,755.00 in attorney's fees as agreed to by counsel for the parties and so ordered by the Court, shall be deposited by the Clerk into the Disputed Ownership Fund as soon as the business of this office allows, and the Clerk shall deposit these funds into an interest bearing account; and it is further

**ORDERED** that the final value of the Annuities will be determined as of the date this Order is entered; and it is further

**ORDERED** that the sums so invested in the interest-bearing account shall remain on deposit until further order of this Court; and it is further

**ORDERED** that the Clerk shall deduct a fee for the handling of the funds consistent with that authorized by the Judicial Conference of the United States and as set by the Director of the Administrative Office; and it is further

**ORDERED** that a copy of this Order shall be served upon the Clerk of this Court, or upon the Financial Deputy Clerk.

White Plains, New York
April 21, 2023

_____
Hon. Philip M. Halpern, U.S.D.J.

4747342_1