UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN NATIONAL LIFE INS. CO.,

                Plaintiff,

-against-

DANIELLE VAN HOUTEN-CHANA, and
THE ESTATE OF HENRY C. VAN HOUTEN,

                Defendants.

**ORDER**

22-CV-10390 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

On April 21, 2023, the Court granted Plaintiff's application to deposit a sum of money with the Court. (Doc. 31). On June 6, 2023, the parties submitted, and the Court ordered, a Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii) which included a directive that the funds deposited with the United States District Court be transferred to the Sullivan County Surrogate's Court. (Doc. 35). In order to complete the disbursement of funds, the parties shall, by June 29, 2023, file a proposed disbursement order which addresses the following:

1. Whether any accrued interest should be sent to the Sullivan County Surrogate's Court;

2. The address where the funds should be sent; and

3. Whether the funds should be disbursed immediately upon issuance of the Order or at some later specified time.

SO ORDERED:

Dated: White Plains, New York
       June 22, 2023

_____
PHILIP M. HALPERN
United States District Judge